**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LORRAINE ADAMS, DENISE
DURANTE, YVETTE HANKERSON,
LYNNE HOWELL, ANN MARIE
SEGATORE-PETTIS, AMANDA VEIGH,
JULIA WRIGHT and SYLVIA MORRIS,

    Plaintiffs,

v.                                     Case No: 8:14-cv-2771-T-30TBM

SENIOR HOME CARE, INC. and
LYNNE HEBERT,

    Defendants.

---

ORDER

The Court has been advised via a Third Joint Report Regarding Settlement Conference (Dkt. #40) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without**

**prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of May, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-2771 dismiss 40.docx